| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  BURKE, CHRISTOPHER J. | 2. Court or Organization  District Court-Delaware | 3. Date of Report  08/16/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge (FT) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

| 7. Chambers or Office Address  United States District Court Boggs Federal Building 844 North King Street, Unit 28 Wilmington, Delaware 19801 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURKE, CHRISTOPHER J. | 08/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | The Vanguard Group, Inc. - salary & bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New York Intellectual Property Law Association | 4/1/2016 to 4/2/2016 | New York, NY | Attendance of the Annual Dinner in honor of the Federal Judiciary | travel expenses, lodging |
| 2. | Federal Judicial Center | 4/10/2016 to 4/13/2016 | Charleston, NC | FJC educational seminar | travel expenses, lodging |
| 3. | Practicing Law Institute | 4/14/2016 to 4/15/2016 | New York, NY | Speaker at Educational Seminar | travel expenses, lodging |
| 4. | American Conference Institute | 4/24/2016 to 4/25/2016 | New York, NY | Speaker at Educational Seminar | travel expenses, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURKE, CHRISTOPHER J. | 08/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURKE, CHRISTOPHER J. | 08/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VANGUARD IRA | | | | | | | | | |
| 2. -Vanguard Total International Stock Index Fund | B | Dividend | K | T | | | | | |
| 3. -Vanguard Total Bond Market Index Fund | A | Dividend | K | T | | | | | |
| 4. -Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 5. WELLS FARGO IRA | | | | | | | | | |
| 6. -Growth Fund America | A | Dividend | J | T | | | | | |
| 7. -New Perspective Fund | A | Dividend | J | T | | | | | |
| 8. -Washington Mutual Investment Fund | A | Dividend | J | T | | | | | |
| 9. -Cash (Wells Fargo) | A | Interest | J | T | | | | | |
| 10. VANGUARD BROKERAGE ACCOUNT | | | | | | | | | |
| 11. -Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 12. -Applied Materials, Inc. Stock (Common) | A | Dividend | K | T | | | | | |
| 13. -AT&T, Inc. Stock (Common) | A | Dividend | J | T | | | | | |
| 14. -Exxon Mobil Corp. Stock (Common) | A | Dividend | K | T | | | | | |
| 15. WELLS FARGO CHECKING/ BROKERAGE ACCOUNT | | | | | | | | | |
| 16. -Wells Fargo Advantage Opportunity Fund | A | Dividend | K | T | | | | | |
| 17. -Cash (Wells Fargo) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURKE, CHRISTOPHER J. | 08/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 529 Ind. College Sav. Acct Moderate Age Based Growth Portfol | | None | L | T | | | | | |
| 19. CHARLES SCHWAB/Covington & Burling Retirement Savings Plan | | | | | | | | | |
| 20. -Vanguard Institutional Index Fund | | None | L | T | | | | | |
| 21. -Vanguard Extended Market Index Fund | | None | K | T | | | | | |
| 22. -Schwab Stable Value Fund | | None | J | T | | | | | |
| 23. Vanguard Target Retirement 2040 Fund | | None | O | T | | | | | |
| 24. Black Rock College Advantage 529 Plan | | None | K | T | | | | | |
| 25. Vanguard 529 Ind College Sav. Acct Moderate Age Based Growth Portfolio | | None | K | T | | | | | |
| 26. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURKE, CHRISTOPHER J. | 08/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 11. at B(2) a short term capital gain distribution

Part VII Line 24. Black Rock College Advantage 529 Plan -Growth Portfolio Option (No Control)

| Name of Person Reporting | Date of Report |
|---|---|
| BURKE, CHRISTOPHER J. | 08/16/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHRISTOPHER J. BURKE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544